FOURTH DEPARTMENT, FEBRUARY, 1971

(February 18, 1971)

JAMES GREEN, Respondent, v. MARY KINSELLA et al., Appellants.—

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Henry, JJ.